J. F. FISHER, ANNIE C. FISHER, A. K. TAYLOR AND MARY F. TAYLOR, *Appellants*, v. HORACE C. PARKER, SOLE HEIR AT LAW OF HATTIE R. PARKER, DECEASED, AND HORACE C. PARKER, ADMINISTRATOR OF THE ESTATE OF HATTIE R. PARKER, DECEASED, *Appellees.*

Division B.

Opinion Filed February 14, 1927.

Section 2, Article XI of the Constitution in providing that "a married woman's separate real and personal property may be charged in equity and sold * * * for money or thing due upon any agreement made by her in writing for the benefit of her separate property; or for the price of any property purchased by her," does not contemplate a suit in the nature of specific performance against the executor of a deceased married woman upon a contract in writing signed by her for the purchase of real estate, she not being a free dealer under the statute.

An Appeal from the Circuit Court for Manatee County; W. T. Harrison, Judge.

Affirmed.

*Edward C. Rice* and *Hubert Blakey,* for Appellants;

*J. T. McBrayer,* for Appellee.

PER CURIAM.—The appeal herein is from an order sustaining a demurrer and an order dismissing a bill of complaint upon failure to amend as allowed.

This suit, though purporting to be brought under Section 2, Article XI of the State Constitution to charge the separate real estate of a deceased married woman, for money due upon an agreement made by her in writing for the

benefit of her separate property, the suit is in effect brought against the executor of a deceased married woman to enforce the specific performance of a contract for the purchase of land, which contract was signed by the married woman, Gautier v. Bradway, 87 Fla. 193, 99 South. Rep. 879, she not having been made a free dealer pursuant to statute. Section 3218 *et seq.*, Revised General Statutes, 1920; Lerch v. Barnes, 61 Fla. 672, 54 South. Rep. 763.

Such a suit is not contemplated by Section 2, Article XI of the Constitution.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur in the opinion.